# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, <br><br> *Plaintiffs*, <br><br> v. <br><br> FIRST STUDENT, INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 19-cv-6216 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Judge Gabriel A. Fuentes |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Central States, Southeast, and Southwest Areas Health and Welfare Fund and Charles A. Whobrey, Trustee, and Defendant, First Student, Inc., each stipulate and agree that all claims in this case shall be dismissed, without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Frank Blechschmidt*
Frank Blechschmidt (ARDC #6308606)
Central States Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 777-4088
fblechsc@centralstatesfunds.org

*Attorney for Plaintiffs*

May 6, 2020

/s/ *Lavanga V. Wijekoon (with consent)*
Lavanga V. Wijekoon
(LWijekoon@littler.com)
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
312.372.5520

Michael G. Congiu
(MCongiu@littler.com)
Littler Mendelson, P.C.
80 South 8th Street
Minneapolis, MN 55402-2136
612.630.1000

*Attorneys for Defendants*

TM: 592973/ 19310003 / 5/6/2020

**CERTIFICATE OF SERVICE**

I, Frank Blechschmidt, one of the attorneys for Plaintiffs, certify that on May 6, 2020, I caused the foregoing *Stipulation of Dismissal* to be filed electronically. This filing was served on all parties listed on the electronic filing receipt via the Court's electronic filing system.

    Respectfully submitted,

    */s/ Frank Blechschmidt*
    Frank Blechschmidt (ARDC #6308606)
    Central States Funds, Law Department
    8647 W. Higgins Road
    Chicago, IL 60631
    (847) 777-4088
    fblechsc@centralstatesfunds.org

    *Attorney for Plaintiffs*